B 1 (Official Form 1) (1/08)

## United States Bankruptcy Court

### Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>Russell, Darnell L., Sr. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Russell, Sheila C. |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>0 | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>0 |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>8410 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>3627 |
| Street Address of Debtor (No. and Street, City, and State):<br>485 Buffalo Ave.,<br>Calumet City, Il. 60409    ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br>485 Buffalo Ave.,<br>CalumetCity, Il. 60409    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

KENNETH S. GARDNER CLERK
JUL 27 2010
FILED UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS

**Estimated Number of Creditors**
| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [X] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [X] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

B 1 (Official Form 1) (1/08) Page 2

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Darnell L. Russell, Sr. & Sheila C. Russell |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: none | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: none | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _[signature]_ 7-24-10 <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)                                                                                    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  */s/ Darnell L Russell Sr.*<br>Signature of Debtor<br><br>X  */s/ Sheila C. Russell*<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>Date  7-24-10 | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X  */s/ E. Paul Rustin*<br>Signature of Attorney for Debtor(s)<br>E. Paul Rustin<br>Printed Name of Attorney for Debtor(s)<br>E. Paul Rustin, Ltd.<br>Firm Name<br>120 W. Madison St., Suite 700<br>Address<br>Chicago, Il. 60602<br>(312) 346-8438<br>Telephone Number<br>Date  7-17-10<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | |

D-1

B6D (Official Form 6D) (12/07)

In re __Darnell L. Russell, Sr.__,     Case No. _____
          **Debtor**                              (If known)
    Sheila C. Russel.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. NONE | | | | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| 0 continuation sheets attached | | | VALUE $ Subtotal ▶ (Total of this page) | | | | $ 0 | $ |
| | | | Total ▶ (Use only on last page) | | | | $ 0 | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re __Darnell L. Russell, Sr.___     Case No._____
        _____Debtor_____                    (if known)
        Sheila C. Russel

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts **not** entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

E-2

**B6E (Official Form 6E) (12/07) – Cont.**

In re  Darnell L. Russell, Sr.
       Sheila C. Russell           ,          Case No. _____
       ―――――――――――――――――――                              (if known)
            **Debtor**

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.    E

In re  DARNELL RUSSELL and SHEILA RUSSELL ,    Case No. _____
               Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. *** 2501 <br> U.S. Dept. of Education <br> c/o Allied Interstate <br> 435 Ford Road, Suite 800 <br> Minneapolis, MN 55426 | | W | student loan | | | | 80.00 | all | |
| Account No. S336523627 <br> GC Services, Ltd. <br> 6330 Gulfton <br> Houston, TX 77081 <br> (re US Dept.of Education) | | W | student loan | | | | Notice purposes. | | |
| Account No. Run No.09-105557 <br> Calumet City Fire Dept. <br> P.O. Box 457 <br> Wheeling, IL 60090 | | W | ambulance service | | | | 660.00 | all | |
| Account No. P18941873 <br> Illinois Dept.of Revenue <br> PO Box 19006 <br> Springfield, IL 62794-9006 | | H | income tax | | | | 366.60 | all | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)  $1,106.60   $

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

B6E (Official Form 6E) (12/07) – Cont.    E

In re  DARNELL RUSSELL and SHEILA RUSSELL ,    Case No. _____
                Debtor                                                                  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 544677 Municipal Collection Services, Inc. re Vlg. of Olympia Fields PO Box 666 Lansing, IL 60438-0666 | | H | parking tickets | | | | 250.00 | all | |
| Invoice No. 1443 Chicago Heights Fire Dept. 83 E. Joe Orr Road Chicago Heights, IL 60411 | | J | Fire Dept. Truck Response & Extricate | | | | 700.00 | all | |
| Invoice No. 603015A City of Chicago Heights 83 E. Joe Orr Road Chicago Heights, IL 60411 | | W | ambulance service | | | | 475.00 | all | |
| Account No. | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)  $1,425.00   $

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ 2531.60

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  2531.60   $   $

B6F (Official Form 6F) (12/07)

In re DARNELL RUSSELL and SHEILA RUSSELL,                    Case No. _____
     _____                          (if known)
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Sanford Kahn, Ltd. <br> re Braeside Group/ Crossroads Apts <br> 180 N. LaSalle, #2025 <br> ~~Chicago, IL 60601~~ | | | Accumulated back rent owing by debtor at former address. | | | | Notice porposes. |
| ACCOUNT NO. 508059818-F <br> St.James Hospital <br> 228 W. U.S.Hwy. 30 <br> PMB #306 <br> Schererville, IN 46375-1854 | | | medical expense | | | | 5,471.62 |
| ACCOUNT NO. <br> Harris & Harris, Ltd. <br> re St. James Hospital <br> PO Box 5598 <br> Chicago, IL 60680-5598 | | | medical expense | | | | Notice Purposes. |
| ACCOUNT NO. 22822487 <br> St.James Hospital <br> 1423 Chicago Road <br> Chicago Heights, IL 60411 | | | medical services | | | | 6,352.70 |
| | | | | | | Subtotal▶ | $ 11,824.32 |

___ continuation sheets attached

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re DARNELL RUSSELL and SHEILA RUSSELL, Debtor

Case No. _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Crossroads Apts.<br>2610 Marigold Dr.<br>Sauk Village, IL 60411 | | | back rent on 2623 Marigold Drive | | | | 11,000.00 |
| ACCOUNT NO. 57-83-41-74880<br>Nicor Gas<br>PO Box 2020<br>Aurora, IL 60507-2020 | | | utility service | | | | 419.74 |
| ACCOUNT NO.<br>Prairie State College<br>202 S. Halsted St.<br>Chicago Heights, IL 60411-8226 | | | student tuition | | | | 849.00 |
| ACCOUNT NO. 8138551<br>United Recovery Service re Superior Ambulance<br>18525 Torrence Ave., #C-6<br>Lansing, IL 60438 | | | ambulance service | | | | 3,235.26 |
| ACCOUNT NO. 456677080<br>ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | | | utility service | | | | 2,667.76 |
| ACCOUNT NO. 1960898301<br>Capital Management Services, LP<br>re LVNV Funding, LLC<br>726 Exchange St., Suite 700<br>Buffalo, NY 14210 | | | deficiency balance | | | | 12,461.55 |
| ACCOUNT NO.<br>Blackhawk Finance<br>2400 Devon Ave., Suite 286<br>Des Plaines, IL 60018 | | | 1999 repossessed Saturn | | | | 557.00 |

Subtotal▶ $ 31,190.31

___ continuation sheets attached

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules.)

In re DARNELL RUSSELL and SHEILA RUSSELL　　　　Case No. _____
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 352043<br>IQ Tel<br>3221 W. Burr Oak Ave.<br>Blue Island, IL 60406 | | | telephone services | | | | 169.58 |
| ACCOUNT NO. 271515469<br>Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191 | | | telephone service | | | | 297.80 |
| ACCOUNT NO.<br>Mary Robinson<br>294 W. 16th St.<br>Chicago Heights, IL 60411 | | | back rent | | | | 1,600.00 |
| ACCOUNT NO.<br>Infinite Storage<br>434 E. Sauk Trail<br>S. Chicago Heights, IL 60411 | | | storage | | | | 500.00 |
| ACCOUNT NO. 63577504<br>CBE Group, Inc.<br>re Direct TV<br>131 Tower Park Drive, #100<br>Waterloo, IA 50701 | | | cable TV | | | | 462.49 |
| ACCOUNT NO. 18-2350490<br>Associated St. James Radiologists<br>PO Box 3597<br>Springfield, IL 62708-3597 | | | medical expense | | | | 220.00 |
| ACCOUNT NO. 63577504<br>Collectech Systems, Inc.<br>re Direct TV<br>PO Box 1962<br>Southgate, MI 48195-0962 | | | notice purposes (cable TV) | | | | notice purposes |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal▶　$ 3,249.87

____ continuation sheets attached　　　　　　　　　　　　　　　　　Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules.)

In re DARNELL RUSSELL and SHEILA RUSSELL
Debtor

Case No. _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. N1118453-0<br>Family Readers Service<br>PO Box 1469<br>Elyria, OH 44036 | | | subscription | | | | 103.23 |
| ACCOUNT NO. 10927280<br>Illinois Collection Services<br>re Midwest Physician Group, Ltd.<br>PO Box 1010<br>Tinley Park, IL 60477-9110 | | | medical expense | | | | 30.00 |
| ACCOUNT NO.<br>A-1 Collection Service<br>re Healthport formerly SDS<br>101 Grovers Mill Road, #308<br>Lawrenceville, NJ 08648-4706 | | | medical expense<br>Schwab Rehab Hospital | | | | 67.05 |
| ACCOUNT NO. 708-753-1167-1171<br>SBC Bill Payment Center<br>Saginaw, MI 48663-0003 | | | phone service | | | | 105.44 |
| ACCOUNT NO.<br>Burke, Costanza & Cuppy, LLP<br>9191 Broadway<br>Merrillville, IN 46410 | | | Lake Superior Court:<br>Associated Dentists<br>Cause No. 45D09-0810-SC-3295 | | | | 348.08 |
| ACCOUNT NO. D362462<br>Sinai Health System<br>PO Box 3475<br>Toledo, OH 43607-0475 | | | medical services | | | | 84.00 |
| ACCOUNT NO. 08195180<br>Medical Recovery Specialsts, Inc.<br>re Superior Air-Ground Amb. Services<br>2250 E. Devon Ave., Suite 352<br>Des Plaines, IL 60018-4519 | | | medical expense | | | | 1,259.56 |

Subtotal ► $ 1,997.36

_____ continuation sheets attached

Total ► $
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

In re DARNELL RUSSELL and SHEILA RUSSELL
_____,  Case No. _____
Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Taste of Home  PO Box 922  Greendale, WI 53129-0992 | | | magazine subscription | | | | 12.98 |
| ACCOUNT NO. 13765800  First National Collection Bureau, Inc. re Direct TV  PO Box 1259  Oaks, PA 19456 | | | cable TV | | | | 106.19 |
| ACCOUNT NO. 8210313  Medical Recovery Specialists, Inc. re Superior Air-Ground Amb.Services  2250 E. Devon Ave., Suite 352  Des Plaines, IL 60018-4519 | | | medical expense | | | | 1,012.76 |
| ACCOUNT NO.  University of Chicago Medical Center  MC 2030  5841 S. Maryland Ave.  Chicago, IL 60637-1470 | | | medical expense - notice purposes | | | | Notice Purposes |
| ACCOUNT NO. PB111365  Midwest Medical Records Assn. re Univ.of Chgo.Medical  999 Plaza Drive, Suite 690  Schaumburg, IL 60173 | | | medical record expense | | | | 349.05 |
| ACCOUNT NO. 1F22822487  Consultants in Pathology  PO Box 9231  Michigan City, IN 46361-9231 | | | medical expense | | | | 33.25 |
| ACCOUNT NO. 084535  drs BONDED Collection Systems  re SDDRSB01  PO Box 1022  Wixom, MI 48393-1022 | | | Loan from Check 'N Go. | | | | Notice Purposes. |

_____ continuation sheets attached

Subtotal▶ $ 1,514.23

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules.)

In re DARNELL RUSSELL and SHEILA RUSSELL, Debtor

Case No. _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 084535 Check'n Go 7745 E. Kemper Road Cincinnati, OH 45249-1611 | | | loan balance | | | | 1,000.00 |
| ACCOUNT NO. 2380891 Armor Systems Corp. re Sauk Village Police Dept. 1700 Kiefer Dr., Suite 1 Zion, IL 60099-5105 | | | parking tickets | | | | 300.00 |
| ACCOUNT NO. Access Community Health Network Dept. 9090 PO Box 87618 Chicago, IL 60680-0618 | | | medical expense | | | | 60.00 |
| ACCOUNT NO. 54213611 HealthPort re Schwab Rehab. 120 Bluegrass Valley Pkwy. Alpharetta, GA 30005 | | | medical expense | | | | 67.05 |
| ACCOUNT NO. Guest Walsh & Townsend Ltd. re The Hartford aso Rea v. Russell 120 W. Madison St., #1100 Chicago, IL 60602 | | | case no. 02 M1 24771 notice purposes | | | | |
| ACCOUNT NO. 22091440**** Nuvell Credit PO Box 380901 Bloomington, MN 55438 | | | repossessed Nissan | | | | 8,850.00 |
| ACCOUNT NO. 30000131085678 Santander PO Box 961245 Fort Worth, TX 76161 | | | repossessed auto - notice purposes | | | | |

Subtotal▶ $ 10,277.05

____ continuation sheets attached

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules.)

In re  DARNELL RUSSELL and SHEILA RUSSELL  
              Debtor

Case No. _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Drive Financial<br>8585 N. Stemmons FR Suite 1100<br>Dallas, TX 75247 | | | Possible deficiency balance on repossessed car. | | | | notice purposes |
| ACCOUNT NO.<br>Oshkosh Collection & Recovery<br>PO Box 192<br>Oshkosh, WI 54902 | | | Collection agent for creditor listed herein. | | | | notice purposes |
| ACCOUNT NO.<br>Harvard Collection Services<br>4839 N. Elston<br>Chicago, IL 60630 | | | Collection agent for creditor listed herein. | | | | notice purposes |
| ACCOUNT NO.<br>Citi Auto<br>2208 Highway 121, Suite 100<br>Bedford, TX 76021 | | | Possible deficiency balance on repossessed car. | | | | notice purposes |
| ACCOUNT NO. 27559 ***<br>Check'n Go<br>639 W. 14th<br>Chicago Heights, IL 60411 | | | Loan /cash to debtor. | | | | 737.00 |
| ACCOUNT NO.<br>J & R Management<br>P.O. Box 288583<br>Chicago, Il. 60628 | | | Apartment leased to debtor. Rent past due for July 2010. | | | | $750.00 |
| ACCOUNT NO.<br>Rita Taylor<br>3147 Bernice<br>Lansing, Il. 60438 | | | Rita Taylor is agent for J&R Management. | | | | Notice purposes. |

                                      Subtotal▶ $ 737.00

____ continuation sheets attached

                                      Total▶ $ 61,540  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules.)